IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 14-1-WOB |
| | ) | |
| $20,332.00 in United States Currency, et al. | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 04, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2014 at Lexington, KY.

_____
David Olinger
AUSA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY, NORTHERN DIVISION
## COURT CASE NUMBER: 14-1-WOB; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

$20,332.00 U.S. Currency (13-DEA-586953) which was seized from Junious Oliver Poole aka James Julius Poole on August 13, 2013 at Cincinnati/Northern Kentucky International Airport, 3087 B Terminal Drive, located in Hebron, KY

(9) Western Union Money Orders, total value $4,500.00 (13-DEA-587071), including the following items: 1 Western Union Money Order, Ser No: 14-716389151; 1 Western Union Money Order, Ser No: 14-665898110; 1 Western Union Money Order, Ser No: 14-716389150; 1 Western Union Money Order, Ser No: 14-716389153; 1 Western Union Money Order, Ser No: 14-716389136; 1 Western Union Money Order, Ser No: 14-716389152; 1 Western Union Money Order, Ser No: 14-729372438; 1 Western Union Money Order, Ser No: 14-729372437; 1 Western Union Money Order, Ser No: 14-716389135 which were seized from Junious Oliver Poole aka James Julius Poole on August 13, 2013 at Cincinnati/Northern Kentucky International Airport, 3087 B Terminal Drive, located in Hebron, KY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 04, 2014) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, P.O. Box 1073, Covington, KY 41012, and copies of each served upon Assistant United States Attorney David Olinger, 260 West Vine Street, Suite 300, Lexington, KY 40507, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 4, 2014 and February 02, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $20,332.00 in United States Currency, et al.

**Court Case No:** 14-1-WOB
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/04/2014 | 24.0 | Verified |
| 2 | 01/05/2014 | 24.0 | Verified |
| 3 | 01/06/2014 | 24.0 | Verified |
| 4 | 01/07/2014 | 24.0 | Verified |
| 5 | 01/08/2014 | 24.0 | Verified |
| 6 | 01/09/2014 | 24.0 | Verified |
| 7 | 01/10/2014 | 24.0 | Verified |
| 8 | 01/11/2014 | 24.0 | Verified |
| 9 | 01/12/2014 | 24.0 | Verified |
| 10 | 01/13/2014 | 24.0 | Verified |
| 11 | 01/14/2014 | 24.0 | Verified |
| 12 | 01/15/2014 | 24.0 | Verified |
| 13 | 01/16/2014 | 24.0 | Verified |
| 14 | 01/17/2014 | 24.0 | Verified |
| 15 | 01/18/2014 | 24.0 | Verified |
| 16 | 01/19/2014 | 24.0 | Verified |
| 17 | 01/20/2014 | 24.0 | Verified |
| 18 | 01/21/2014 | 23.9 | Verified |
| 19 | 01/22/2014 | 24.0 | Verified |
| 20 | 01/23/2014 | 24.0 | Verified |
| 21 | 01/24/2014 | 23.8 | Verified |
| 22 | 01/25/2014 | 23.8 | Verified |
| 23 | 01/26/2014 | 24.0 | Verified |
| 24 | 01/27/2014 | 24.0 | Verified |
| 25 | 01/28/2014 | 24.0 | Verified |
| 26 | 01/29/2014 | 24.0 | Verified |
| 27 | 01/30/2014 | 24.0 | Verified |
| 28 | 01/31/2014 | 24.0 | Verified |
| 29 | 02/01/2014 | 24.0 | Verified |
| 30 | 02/02/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.